**Jarold E. BROWN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 03–3244.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 15, 2003.

**ORDER**

The parties having so agreed, it is

---

* The court will rule on Inverness Medical Switzerland GmbBH et al.'s motion to dismiss in a separate order.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).